| | |
|---|---|
| ZACHARY WINSTON, *derivatively on behalf of* LKQ CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>JUSTIN L. JUDE, RICK GALLOWAY, DOMINICK P. ZARCONE, GUHAN SUBRAMANIAN, ANDREW C. CLARKE, BLYTHE J. MCGARVIE, PATRICK BERARD, JODY G. MILLER, JOHN WILLIAM MENDEL, MEG ANN DIVITTO, XAVIER URBAIN, JAMES S. METCALF, and JOSEPH M. HOLSTEIN,<br><br>        Individual Defendants,<br><br>    *-and-*<br><br>LKQ CORPORATION, a Delaware Corporation,<br><br>        Nominal Defendant. | Case No. 3:26-cv-01072<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |

## JOINT MOTION FOR REASSIGNMENT

Plaintiff Zachary Winston and Nominal Defendant LKQ Corporation ("LKQ"), by and through their undersigned attorneys, jointly move the Court to reassign this case to Judge Waverly D. Crenshaw, Jr. As reflected in Section VIII of Plaintiff's Civil Cover Sheet (Dkt. No. 1-2), this derivative action is related to a putative securities class action currently pending before Judge Crenshaw captioned *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. LKQ Corporation*, Case No. 3:26-cv-00498 (the "Securities Action"). It is also related to a derivative action currently pending before Judge Crenshaw captioned *Murphy v. Subramanian*,

Case No. 3:26-cv-00695, as Judge Richardson concluded when he ordered the Clerk to transfer the *Murphy* action to Judge Crenshaw. (*See Murphy*, Dkt. No. 13.)

Each of this action, the Securities Action, and the *Murphy* action arises out of the same alleged facts related to LKQ's acquisition of Uni-Select, Inc., LKQ's integration of Uni-Select's operations into its own, and LKQ's post-acquisition financial performance. (*See* Dkt. No. 1 ¶¶ 1-12; Securities Action, Dkt. No. 1 ¶¶ 1-2; *Murphy*, Dkt. No. 1 ¶¶ 1-12.) Accordingly, the parties respectfully submit that this case qualifies as a Related Case under Administrative Order No. 176 (2007) ("AO 176"), as these cases arise out of the same occurrences, involve common questions of law or fact, and involve one or more of the same parties. (AO 176 §§ I(c)(1)-(3).) Moreover, reassignment likely would conserve judicial and party resources and would be in the interest of justice under the circumstances. (*Id.* §§ (5)-(7).)

All other matters are reserved.

Dated:  August 6, 2026

Respectfully submitted,

 */s/ Samuel P. Funk*
Samuel P. Funk, Esq. (No. 019777)
Erik C. Lybeck, Esq. (No. 035233)
Evan S. Rothey, Esq. (No. 037708)
**SIMS|FUNK, PLC**
3102 West End Ave., Suite 1100
Nashville, TN 37203
(*t*): (615) 292-9335
(*f*): (615) 649-8565
sfunk@simsfunk.com
elybeck@simsfunk.com
erothey@simsfunk.com

*Counsel for Nominal Defendant LKQ Corp.*

*-and-*

*/s/ Michael K. Atkins*  (*by permission*)
Michael K. Atkins, Esq. (No. 017862)
**REYNOLDS, ATKINS, BREZINA
& STEWART, PLLC**
606 W. Main Street, Suite 225
Knoxville, TN 37902
(*t*): (865) 805-5075
(*f*): (865) 525-6001
mka@rabslaw.com

Gustavo F. Bruckner, Esq.
Samuel J. Adams, Esq,
Ankita Sangwan, Esq.
**POMERANTZ LLP**
600 Third Avenue
New York, NY 10016
(*t*): (212) 661-1100
gfbruckner@pomlaw.com
sjadams@pomlaw.com
asangwan@pomlaw.com

Brett D. Stecker, Esq.
**SHUMAN, GLENN & STECKER**
326 W. Lancaster Avenue
Ardmore, PA 19003
(*t*): (303) 861-3003
brett@shumanlawfirm.com

*Counsel for Plaintiff Zachary Winston*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 6, 2026, a true and exact copy of the foregoing was served via this Court's CM/ECF system to the following:

Michael K. Atkins, Esq.
**REYNOLDS, ATKINS, BREZINA**
**& STEWART, PLLC**
606 W. Main Street, Suite 225
Knoxville, TN 37902
(*t*): (865) 805-5075
(*f*): (865) 525-6001
mka@rabslaw.com

Gustavo F. Bruckner, Esq.
Samuel J. Adams, Esq,
Ankita Sangwan, Esq.
**POMERANTZ LLP**
600 Third Avenue
New York, NY 10016
(*t*): (212) 661-1100
gfbruckner@pomlaw.com
sjadams@pomlaw.com
asangwan@pomlaw.com

Brett D. Stecker, Esq.
**SHUMAN, GLENN & STECKER**
326 W. Lancaster Avenue
Ardmore, PA 19003
(*t*): (303) 861-3003
brett@shumanlawfirm.com

*Counsel for Plaintiff Zachary Winston*

*/s/ Samuel P. Funk*
Samuel P. Funk, Esq.
